USDC IN/ND case 2:22-cv-00106-APR   document 1-1   filed 04/27/22   page 1 of 25

This is not the official court record. Official records of court proceedings may only be obtained directly from
the court maintaining a particular record.

## Wayne LePore v. Menard, Inc.

| | |
|---|---|
| Case Number | 45D01-2202-CT-000206 |
| Court | Lake Superior Court, Civil Division 1 |
| Type | CT - Civil Tort |
| Filed | 02/25/2022 |
| Status | 02/25/2022 , Pending  (active) |

## Parties to the Case

Defendant   Menard, Inc.

Address
1300 U.S. Highway 41
Schererville, IN 46375

Attorney
Jessica Nicole Hamilton
*#3426871, Lead, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

Attorney
Leslie B Pollie
*#2571649, Retained*

Kopka Pinkus Dolin PC
550 Congressional Blvd., Suite 310
Carmel, IN 46032
317-818-1360(W)

Plaintiff      LePore, Wayne

Address
1524 W. 96th Avenue
Crown Point, IN 46307

<u>Attorney</u>
Walter J Alvarez
*#238345, Lead, Retained*

1524 West 96th Avenue
Crown Point, IN 46307-0000
219-769-8555(W)

<u>Attorney</u>
Steven Joseph Alvarez
*#3027845, Retained*

1524 W 96th AVE
Crown Point, IN 46307
219-662-6400(W)

## Chronological Case Summary

| 02/25/2022 | **Case Opened as a New Filing** |
|---|---|

| 02/28/2022 | **Appearance Filed** |
|---|---|

Appearance

| For Party: | LePore, Wayne |
|---|---|
| File Stamp: | 02/25/2022 |

| 02/28/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint

| Filed By: | LePore, Wayne |
|---|---|
| File Stamp: | 02/25/2022 |

| 02/28/2022 | **Subpoena/Summons Issued** |
|---|---|

Summons - Menard, Inc.

| Party: | LePore, Wayne |
|---|---|
| File Stamp: | 02/25/2022 |

| 03/14/2022 | **Subpoena/Summons Filed** |
|---|---|

Summons to Menards-sh

| Filed By: | LePore, Wayne |
|---|---|
| File Stamp: | 03/12/2022 |

| 03/29/2022 | **Service Returned Served** |
|---|---|

Summons Served - Menard Inc

| Date Served: | 03/29/2022 |
|---|---|

| 04/18/2022 | **Appearance Filed** |
|---|---|

Appearance of Jessica Hamilton and Leslie Pollie

| For Party: | Menard, Inc. |
|---|---|
| File Stamp: | 04/15/2022 |

| 04/18/2022 | **Notice to Court Filed** | |
|---|---|---|
| | Notice of Automatic Extension of Time to File Responsive Pleading | |
| | Filed By: | Menard, Inc. |
| | File Stamp: | 04/15/2022 |

| 04/18/2022 | **Motion to Withdraw Appearance Filed** | |
|---|---|---|
| | Motion to Withdraw Ryan J. Schoffelmeer | |
| | Filed By: | LePore, Wayne |
| | File Stamp: | 04/15/2022 |

| 04/18/2022 | **Order Granting** | |
|---|---|---|
| | Extension of Time | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | Schoffelmeer, Ryan J. |
| | Noticed: | Alvarez, Steven Joseph |
| | Noticed: | Alvarez, Walter J |
| | Noticed: | Pollie, Leslie B |
| | Noticed: | Hamilton, Jessica Nicole |
| | Order Signed: | 04/18/2022 |

| 04/18/2022 | **Order Granting** | |
|---|---|---|
| | Motion to Withdraw Appearance | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | Schoffelmeer, Ryan J. |
| | Noticed: | Alvarez, Steven Joseph |
| | Noticed: | Alvarez, Walter J |
| | Noticed: | Pollie, Leslie B |
| | Noticed: | Hamilton, Jessica Nicole |
| | Order Signed: | 04/18/2022 |

| 04/19/2022 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting ---- 4/18/2022 : Walter J Alvarez;Jessica Nicole Hamilton;Leslie B Pollie;Ryan J. Schoffelmeer;Steven Joseph Alvarez Order Granting ---- 4/18/2022 : Walter J Alvarez;Jessica Nicole Hamilton;Leslie B Pollie;Ryan J. Schoffelmeer;Steven Joseph Alvarez | |

| 04/19/2022 | **Order Issued** | |
|---|---|---|
| | Initial Case Management Order | |
| | Judicial Officer: | Sedia, John M |
| | Noticed: | Schoffelmeer, Ryan J. |
| | Noticed: | Alvarez, Steven Joseph |
| | Noticed: | Alvarez, Walter J |
| | Noticed: | Pollie, Leslie B |
| | Noticed: | Hamilton, Jessica Nicole |
| | Order Signed: | 04/18/2022 |

| 04/19/2022 | **Hearing Scheduling Activity** | |
|---|---|---|
| | Status Conference scheduled for 11/07/2022 at 9:00 AM. | |

04/20/2022 **Automated ENotice Issued to Parties**

Order Issued ---- 4/19/2022 : Walter J Alvarez;Jessica Nicole Hamilton;Leslie B Pollie;Ryan J. Schoffelmeer;Steven Joseph Alvarez Hearing Scheduling Activity ---- 4/19/2022 : Walter J Alvarez;Jessica Nicole Hamilton;Leslie B Pollie;Steven Joseph Alvarez

---

11/07/2022 **Status Conference**

Session:

11/07/2022 9:00 AM, Judicial Officer: Sedia, John M

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**LePore, Wayne**

Plaintiff

**Balance Due** (as of 04/26/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 185.00 | 0.00 | 185.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 02/28/2022 | Transaction Assessment | 157.00 |
| 02/28/2022 | Electronic Payment | (157.00) |
| 03/14/2022 | Transaction Assessment | 28.00 |
| 03/14/2022 | Electronic Payment | (28.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
| --- |

STATE OF INDIANA          IN THE LAKE CIRCUIT / SUPERIOR COURT

LAKE COUNTY              SITTING IN LAKE COUNTY, INDIANA

WAYNE LEPORE,          )
                             )
       Plaintiff,         )
                             )
      v.                )      CAUSE NO.:
                             )
MENARD, INC.,           )
                             )
       Defendant.      )

### APPEARANCE BY ATTORNEY IN CASE

Party Classification:      Initiating __X__   Responding ___   Intervening

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **WAYNE LEPORE** _____

2.    Applicable attorney information for service as requested by Trial Rule 5(b)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Walter J. Alvarez | Atty. Number: 2383-45 | Email: darci@gowithalvarez.com |
| Name: | Steven J. Alvarez | Atty. Number: 30278-45 | Email: steven@gowithalvarez.com |
| Name: | Ryan J. Schoffelmeer | Atty. Number: 31499-64 | Email: ryan@gowithalvarez.com |
| Name: | Hilary Hall | Atty. Number: 22728-45 | Email: hiliary@gowithalvarez.com |
| Address: | 1524 W. 96th Avenue | Phone Number: (219) 662-6400 | |
| | Crown Point, IN 46307 | Fax Number: (219) 662-6410 | |

3.    There are other party members: Yes ___ No __X__ (If yes, list on continuation page)

4.    *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administration Rule 9(b)(3): _____

5.    I will NOT accept service by FAX at any number.

6.    This case involves support issues. Yes ___ No __X__ (If yes, supply social security numbers for all family members on continuation page.)

7.    There are related cases: Yes ___ No __X__ (If yes, list on continuation page.)

8.    This form has been served on all other parties,
           Certificate of Service Attached: Yes ___ No __X__

9.    Additional information required by local rule: _____

                           *Ryan J. Schoffelmeer/DVE*

                           **Ryan J. Schoffelmeer, #31499-64**
                           Attorney-at-Law
                           Attorney information shown above

STATE OF INDIANA                          IN THE LAKE CIRCUIT / SUPERIOR COURT

LAKE COUNTY                                SITTING IN LAKE COUNTY, INDIANA

WAYNE LEPORE,                      )
                                   )
      Plaintiff,             )
                                   )
    v.                            )          CAUSE NO.:
                                   )
MENARD, INC.,                      )
                                   )
      Defendant.             )

## <u>COMPLAINT FOR DAMAGES AND JURY DEMAND</u>

    COMES NOW, the Plaintiff, Wayne LePore, by Counsel, Ryan J. Schoffelmeer, of

Walter J. Alvarez, P.C., and for his cause of action against the Defendant, Menard, Inc., now

states as follows:

    1.    This is a civil action for injuries and damages that the Plaintiff, Wayne LePore,

sustained as a result of an incident involving an escalator, which occurred on or about July 13,

2021, on the premises of the Defendant, Menard, Inc., located at or near 1300 U.S. Highway 41,

in Schererville, Lake County, State of Indiana.

    2.    At said date and time, the Plaintiff was lawfully on the premises of the Defendant

as an invitee and with the permission of, and for the benefit of, the Defendant.

    4.    At said date and time, due to the negligence of the Defendant, the Plaintiff was

pinned / trapped, due to an unsafe / dangerous / broken escalator, sustaining injuries.

    5.    That the Defendant had a duty to the Plaintiff to maintain the premises and

escalator in a reasonably safe condition, and that the Defendant was negligent regarding same.

    6.    That the Defendant's negligence includes, but is not limited to, all of the

following:

        a.    Failing to provide a reasonably safe walkway for invitees to use;

b.    Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to Plaintiff;

c.    Failing to operate the establishment in a reasonably careful and prudent manner;

d.    Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against said danger;

e.    Failing to follow recommendations that would prevent this aforementioned hazard;

f.    Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions;

g.    Failure to exercise reasonable and prudent care for the safety of their invitees;

h.    Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

i.    Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions; and

j.    Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

7.    In addition, this cause of action also arises under the legal theories of negligence *per se*; *res ipsa*; and strict liability. Moreover, escalators are classified as commercial carriers pursuant to Indiana law; thus, requiring the implementation of a higher duty of care by the Defendant.

8.    That a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in her normal daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff, Wayne LePore, by Counsel, demands judgment against the

Defendant, Menard, Inc., and prays as follows:

1.    For reasonable compensatory damages;

2.    For pre-judgment and post-judgment interest;

3.    For the costs of this action; and

4.    For all other proper relief.

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff


By:  _Ryan J. Schoffelmeer/ DE_
Ryan J. Schoffelmeer, #31499-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN   46307
(219) 662-6400



**PLAINTIFF DEMANDS TRIAL BY JURY.**

WALTER J. ALVAREZ, P.C.
Attorneys for Plaintiff


By:  _Ryan J. Schoffelmeer/ DE_
Ryan J. Schoffelmeer, #31499-64
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN   46307
(219) 662-6400

**45D01-2202-CT-000206**

Filed: 2/25/2022 3:01 PM
Clerk

USDC IN/ND case 2:22-cv-00106-APR document 1-1 filed 04/27/22 page 9 of 25

Lake Superior Court, Civil Division 1

Lake County, Indiana

STATE OF INDIANA

LAKE COUNTY

IN THE LAKE CIRCUIT / SUPERIOR COURT

SITTING IN LAKE COUNTY, INDIANA

| | | |
|---|---|---|
| WAYNE LEPORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:  **Menard, Inc.**
**Highest Executive Officer Found**
**1300 U.S. Highway 41**
**Schererville, IN 46375**

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS.  It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you.  You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer.  Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:
Attorney for Plaintiff:

Ryan J. Schoffelmeer
Ind. Atty. No.:  31499-64
1524 West 96th Avenue
Crown Point, Indiana 46307
Tel. No.:  (219) 662-6400

BY SHERIFF

Date:  2/28/2022

*Lorenzo Arredondo*

LAKE CIRCUIT AND SUPERIOR COURTS
BY:  WL

Deputy Clerk

LAKE COUNTY COURTS SEAL INDIANA

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendants, by sheriff, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.                    BY: _____
                                                            Deputy Clerk

RETURN SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, _____.

CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.                    BY: _____
                                                            Deputy Clerk

RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.    By delivering on _____, _____, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date of each of the within named person(s).

2.    By leaving on _____, _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.    This SUMMONS came to hand this date, _____, _____. The within named _____ was not found in my bailiwick this date, _____, _____.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

BY: _____

**SERVICE ACKNOWLEDGED**

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, _____.

_____
Signature of Defendant

STATE OF INDIANA                    IN THE LAKE CIRCUIT / SUPERIOR COURT

LAKE COUNTY                         SITTING IN LAKE COUNTY, INDIANA

| | | |
|---|---|---|
| WAYNE LEPORE, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.:  45D01-2202-CT-000206 |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
|         Defendant. | ) | |

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:     **Menard, Inc.**
**Highest Executive Officer Found**
**1300 U.S. Highway 41**
**Schererville, IN 46375**

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS.  It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you.  You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer.  Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: _____**BY SHERIFF**_____
Attorney for Plaintiff:                                                     Date: 3/14/2022
Ryan J. Schoffelmeer
Ind. Atty. No.:  31499-64                                     *Lorenzo Arredondo*
1524 West 96th Avenue
Crown Point, Indiana 46307                             LAKE CIRCUIT AND SUPERIOR COURTS
Tel. No.:  (219) 662-6400                                   BY: DM _____
                                                                              Deputy Clerk

LAKE COUNTY COURTS
SEAL
INDIANA

CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendants, by sheriff, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.        BY: _____
                                                                Deputy Clerk

RETURN SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, _____.

CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.        BY: _____
                                                                Deputy Clerk

RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.        By delivering on _____, _____, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date of each of the within named person(s).

2.        By leaving on _____, _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.        This SUMMONS came to hand this date, _____, _____.  The within named _____ was not found in my bailiwick this date, _____, _____.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

BY: _____

**SERVICE ACKNOWLEDGED**

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, _____.

_____
Signature of Defendant

**45D01-2202-CT-000206**

Filed: 2/25/2022 3:01 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 1

STATE OF INDIANA

IN THE LAKE CIRCUIT / SUPERIOR COURT

LAKE COUNTY

SITTING IN LAKE COUNTY, INDIANA

WAYNE LEPORE,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )       CAUSE NO.:
                                 )
MENARD, INC.,                    )
                                 )
        Defendant.               )

**RECEIVED**

MAR 1 4 2022

*Lorenzo Arredondo*
CLERK LAKE SUPERIOR COURT

I hereby certify that I have served in
within writ on the _____ day of
_____ 20___ by leaving a copy
at the listed address the dwelling place of
usual place of abode of said defendant
OSCAR MARTINEZ JR
                          Sheriff
By _____ Deputy
Copy Mailed 2-28-22

**RECEIVED**

MAR 29 2022

*Lorenzo Arredondo*
CLERK LAKE SUPERIOR COURT

**SUMMONS**

THE STATE OF INDIANA TO THE DEFENDANT:    **Menard, Inc.**
**Highest Executive Officer Found**
**1300 U.S. Highway 41**
**Schererville, IN 46375**

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS and COMPLAINT alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:    BY SHERIFF

Attorney for Plaintiff:                          Date: 2/28/2022
Ryan J. Schoffelmeer
Ind. Atty. No.: 31499-64                         *Lorenzo Arredondo*
1524 West 96th Avenue                            LAKE CIRCUIT AND SUPERIOR COURTS
Crown Point, Indiana 46307                       BY: _____ WL
Tel. No.: (219) 662-6400                              Deputy Clerk

LAKE COUNTY COURTS SEAL INDIANA

2022 MAR 25 AM 8:20
RC-LC SHERIFF CIVIL CP

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendants, by sheriff, requesting a return receipt, at the address furnished by the Plaintiff.

### CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.          BY: _____
                                                              Deputy Clerk

### RETURN SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the _____ day of _____, _____.

### CLERK, LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, _____.          BY: _____
                                                              Deputy Clerk

### RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

    1.    By delivering on _____, _____, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date of each of the within named person(s).

    2.    By leaving on _____, _____, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

    3.    This SUMMONS came to hand this date, _____, _____. The within named _____ was not found in my bailiwick this date, _____, _____.

ALL DONE IN LAKE COUNTY, INDIANA.

### SHERIFF OF LAKE COUNTY, INDIANA

BY: _____

### SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at _____ in _____, Indiana, on this date, _____, _____.

_____
Signature of Defendant

99909.

STATE OF INDIANA                          LAKE COUNTY SUPERIOR COURT 1

COUNTY OF LAKE                            SITTING AT HAMMOND


WAYNE LEPORE

     Plaintiff,

v.                                        CAUSE NO.: 45D01-2202-CT-000206

MENARD, INC.

     Defendant.


## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:  Initiating: _____  Responding: __X__  Intervening: _____

1.   The undersigned attorney appears in this case for the following party member:

### MENARD, INC.

2.   Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |
| | | |
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

**IMPORTANT:**  Each attorney specified on this Appearance:

(a)   certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)   acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

1

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    Case Type requested under Administrative Rule 8(b)(3):  **CT**

4.    I will accept service by fax at the above noted number:  **No**

      I will accept service by email at the above noted address:  **Yes**

5.    This case involves child support issues:  **No**

6.    This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.    This case involves a petition for involuntary commitment:  **No**

8.    Are there related cases:  **No**

9.    Additional information required by local rule:  **No**

10.   Are there other party members:  **No**

11.   This form has been served on all other parties and a Certificate of Service is attached.


Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Jessica N. Hamilton*
       Jessica N. Hamilton (#34268-71)
       Leslie B. Pollie (#25716-49)
       Attorneys for Menards, Inc.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Steven J. Alvarez
Walter J. Alverez
Walter J. Alvarez, P.C.
1524 West 96th Street Avenue
Crown Point, IN  46307

*/s/ Jessica N. Hamilton*

Filed: 4/15/2022 4:20 PM
Clerk
Lake County, Indiana

99909.

STATE OF INDIANA

COUNTY OF LAKE

LAKE COUNTY SUPERIOR COURT 1

SITTING AT HAMMOND

WAYNE LEPORE

     Plaintiff,

v.

MENARD, INC.

     Defendant.

CAUSE NO.: 45D01-2202-CT-000206

## DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant, Menard, Inc., by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Lake County Local Rule 45(D), and states:

1.     That no prior extensions have been requested.

2.     On information and belief, Defendant was notified of Plaintiff's claim on March 28, 2022, and its responsive pleading would be due on April 17, 2022, which has not yet passed.

3.     The date to which said extension of time would automatically extend is May 17, 2022.

4.     That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Menard, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including May 17, 2022.

1

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: */s/ Jessica N. Hamilton*
     Jessica N. Hamilton (#34268-71)
     Leslie B. Pollie (#25716-49)
     Attorneys for Menards, Inc.




## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 15, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Steven J. Alvarez
Walter J. Alverez
Walter J. Alvarez, P.C.
1524 West 96th Street Avenue
Crown Point, IN  46307


                             */s/ Jessica N. Hamilton*

Filed: 4/15/2022 4:20 PM
Clerk
Lake County, Indiana

99909.

STATE OF INDIANA                    LAKE COUNTY SUPERIOR COURT 1

COUNTY OF LAKE                      SITTING AT HAMMOND

WAYNE LEPORE

     Plaintiff,

v.                                  CAUSE NO.: 45D01-2202-CT-000206

MENARD, INC.

     Defendant.

Filed in Open Court
April 18, 2022

*Lorenzo Arredondo*

CLERK LAKE SUPERIOR COURT
MW

### ORDER GRANTING DEFENDANT, MENARD, INC.'S, NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

     Defendant, Menard, Inc., by counsel, having filed a Notice for Automatic Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the notice and being duly advised in the premises, now finds that said notice to be meritorious and should be granted.

     **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, Menard, Inc., shall have up to, and including, May 17, 2022 in which to file a response to Plaintiff's Complaint.

     **SO ORDERED** __April 18, 2022__.

_____
Judge, Lake County Superior Court 1

1

STATE OF INDIANA                         LAKE SUPERIOR COURT CIVIL DIVISION 1

COUNTY OF LAKE                           CAUSE NO.: 45D01-2202-CT-000206

WAYNE LEPORE,

      Plaintiff,

v.

MENARD, INC.,

      Defendant.

## **MOTION TO WITHDRAW APPEARANCE**

Comes now Ryan J. Schoffelmeer, and for his Motion to Withdraw Appearance, states:

1.      Counsel previously filed his Appearance in this matter for the plaintiff, Wayne LePore.

2.      At the time of the filing of the Appearance, undersigned counsel was affiliated with the law firm of Alvarez Law Office PC.

3.      Undersigned counsel moves the Court to withdraw his Appearance on behalf of the plaintiff, as he is no longer affiliated with Alvarez Law Office PC.

4.      Plaintiff continues to be represented in this matter by Alvarez Law Office PC.

WHEREFORE, Ryan J. Schoffelmeer, prays the Court withdraw his Appearance on behalf of the plaintiff in this matter, and for all other just and proper relief.

Respectfully Submitted,

*/s/ Ryan J. Schoffelmeer*
Ryan J. Schoffelmeer (#31499-64)
Attorney at Law

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following person(s) were served on the same date using the IEFS:

Alvarez Law Office
steven@gowithalvarez.com
darci@gowithalvarez.com


*Ryan J. Schoffelmeer* _____

2

99909.

| | |
|---|---|
| STATE OF INDIANA | LAKE COUNTY SUPERIOR COURT 1 |
| COUNTY OF LAKE | SITTING AT HAMMOND |

Filed in Open Court
April 18, 2022

*Lorenzo Arredondo*

CLERK LAKE SUPERIOR COURT
MW

WAYNE LEPORE

      Plaintiff,

v.

MENARD, INC.

      Defendant.

CAUSE NO.: 45D01-2202-CT-000206

## ORDER GRANTING DEFENDANT, MENARD, INC.'S, NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Menard, Inc., by counsel, having filed a Notice for Automatic Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the notice and being duly advised in the premises, now finds that said notice to be meritorious and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, Menard, Inc., shall have up to, and including, May 17, 2022 in which to file a response to Plaintiff's Complaint.

**SO ORDERED** __April 18, 2022__.

_____

Judge, Lake County Superior Court 1

1

STATE OF INDIANA                         LAKE SUPERIOR COURT CIVIL DIVISION 1

COUNTY OF LAKE                           CAUSE NO.: 45D01-2202-CT-000206

WAYNE LEPORE,

     Plaintiff,

v.

MENARD, INC.,

     Defendant.

Filed in Open Court
April 18, 2022

*Lorenzo Arredondo*

CLERK LAKE SUPERIOR COURT
MW

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

     Ryan J. Schoffelmeer, having filed herein his Motion to Withdraw Appearance, and the Court being duly advised in the premises, now finds that said Motion should be granted.

     The Court hereby **GRANTS** said Motion and notifies the Clerk of this Court to permit the withdrawal of Ryan J. Schoffelmeer as counsel for plaintiff in this matter.

     SO ORDERED this ____ day of __April 18, 2022__, 2022.

_____

JUDGE, LAKE SUPERIOR COURT

Distribution via IEFS

STATE OF INDIANA

COUNTY OF LAKE

IN THE LAKE SUPERIOR COURT
CIVIL DIVISION ROOM ONE
HAMMOND, INDIANA

WAYNE LE PORE
       Plaintiff,

v.

MENARD, INC.,
       Defendant.

Cause No. 45D01-2202-CT-206

**Filed in Open Court**
**April 18, 2022**

*Lorenzo Arredondo*

CLERK LAKE SUPERIOR COURT
MW

## INITIAL CASE MANAGEMENT ORDER

The Court now Orders as follows:

1.     All discovery shall be completed on or before December 2 , 2022.

2.     All dispositive motions shall be filed on or before February 3, 2023.

3.     This matter is ordered set for Status Hearing on **November 7, 2022 at 9:00 a.m. You may appear telephonically at this hearing.    Contact CourtCall at (888) 882-6878 prior to the hearing for details.**

4.     The parties may stipulate to submit this matter to mediation at any time.

Dated April 18, 2022

_____
JOHN M. SEDIA, Judge
LAKE SUPERIOR COURT
CIVIL DIVISION ROOM ONE

**Distribution:** Attorneys Walter Alvarez, Jessica Hamilton