UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WAYNE LEPORE ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:22-cv-106 |
| ) | |
| MENARD, INC., ) | |
| ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the court on the Stipulation of Dismissal [DE 31] filed by the parties on December 12, 2022. The court, being duly advised, hereby **GRANTS** the Stipulation [DE 31] and **DISMISSES** this cause **WITH PREJUDICE**. This case is now closed.

ENTERED this 13th day of December 2022.

/s/ Andrew P. Rodovich
United States Magistrate Judge